**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

## REQUEST FOR A CERTIFICATE OF GOOD STANDING OR A WALL CERTIFICATE

The Fee for a Certificate is $19.00. File this request form on miscellaneous case number 1:20-mc-0266.

**ATTORNEY INFORMATION**

Full Name: Katherine D. Norman
SDNY Bar Code: 5772199
Firm/Company Name: Dechert LLP
Address: 1095 Avenue of the Americas
City: New York     State: NY     Zip: 10036
Phone: (212) 698-3587     Email: casey.norman@dechert.com
Date of Admission to the Southern District of NY: 10/13/2020

Requesting:  [✔] Certificate    [ ] Wall Certificate

Signature of Attorney: /s/ Katherine D. Norman

Name of Attorney's Designee (If applicable): _____

**DIRECTIONS:**

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate.

Also, payment of $19.00 fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]