**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

The Fee for a Certificate is $19.00. File this request form on miscellaneous case number 1:20-mc-0266.

**ATTORNEY INFORMATION**

Full Name: Leon Medzhibovsky      SDNY Bar Code: LM9554

Firm/Company Name: DLA Piper LLP (US)

Address: 1251 Avenue of the Americas

City: New York    State: New York    Zip: 10020-1104

Phone: (212) 335 ---- 4500    Email: leon.medzhibovsky@us.dlapiper.com

Date of Admission to the Southern District of NY: May 12, 1998

Requesting:   [✔] Certificate        [ ] Wall Certificate

Signature of Attorney: s/ Leon Medzhibovsky

Name of Attorney's Designee (If applicable): _____

**DIRECTIONS:**

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate.

Also, payment of $19.00 fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[ PRINT ]